Dean WILLIAMS, Plaintiff—Appellant,

v.

Warden M. PETTIFORD; Lieutenant Shawnce, Lieutenant SIS at FCI–Bennettsville; Lieutenant Miller, Lieutenant at FCI–Bennettsville; Doctor Rince, Doctor and Head Psychologist

---

* Judge Traxler did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

at FCI–Bennettsville; D. Bowens, Captain at FCI–Bennettsville; Doctor Barrous, Medical Director and FCI–Bennettsville, Defendants–Appellees.

No. 08–6022.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2008.

Decided: April 4, 2008.

Dean Williams, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before MOTZ, KING and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Williams' motion to withdraw his requests for injunctive relief and restraining orders, and affirm for the reasons stated by the district court. *Williams v. Pettiford*, No. 9:07–cv–00946–RBH, 2007 WL 3119548 (D.S.C. Oct. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*